**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6777**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TRAVIS MCKINNLEY FRIEND,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, District Judge.  (3:99-cr-00201-DGL-2)

Submitted:  September 28, 2010        Decided:  October 5, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis McKinnley Friend, Appellant Pro Se.  David Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis McKinnley Friend appeals the district court's order denying his motion to reconsider the court's order denying his request for transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Friend</u>, No. 3:99-cr-00201-DGL-2 (E.D. Va. Apr. 12, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>